IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND<br><br>             Plaintiffs,<br><br>v.<br><br>LONNIE DANTZLER individually and d/b/a D and B CONSTRUCTION<br><br>             Defendant. | Case No. 10 C 7539<br><br>Judge Kocoras |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on November 23, 2011 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, LONNIE DANTZLER individually and d/b/a D and B CONSTRUCTION, in the sum of **$14,745.22** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (07/10 - 10/10) | $8,997.80 |
| b) | Interest on ERISA Contributions | $184.27 |
| c) | Liquidated Damages (07/10 - 10/10) | $1,252.95 |
| d) | Union Dues (08/10 - 10/10) | $473.95 |
| e) | Attorney Fees and Costs | $3,836.25 |
| | **TOTAL** | **$14,745.22** |

Further, Plaintiffs shall be awarded their attorney fees and costs incurred in their attempts to collect on this judgment in the post-judgment supplemental proceedings.

ENTERED:

*Charles P. Kocoras*

CHARLES P. KOCORAS
UNITED STATES DISTRICT JUDGE

DATED:   May 10, 2011