IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS, PENSION, WELFARE and APPRENTICE TRAINEE FUNDS, | ) ) ) ) | |
| Judgment-Creditor, | ) ) | |
| v. | ) ) | Judge Kocoras Case No. 10 C 7539 |
| LONNIE DANTZLER individually and d/b/a D and B CONSTRUCTION | ) ) ) | |
| Judgment-Debtor, | ) ) ) ) | |
| CHICAGO COMMERCIAL CONTRACTORS, LLC | ) ) | |
| Citation-Respondent. | ) | |

## **Turn Over Order**

This cause coming on to be heard before the Court on Plaintiffs' Motion for a Turn Over; due notice having been given, the Court having jurisdiction and being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. That the Citation-Respondent is ordered to turn over funds of the Defendant that it is currently holding pursuant to a served Citation in the amount of $20,175.97.

2. That said funds shall be turned over to the Plaintiffs through their attorney to satisfy in part the judgment entered herein.

3. That a judgment in the sum of $20,175.97 is hereby entered against Chicago Commercial Contractors and in favor of Lonnie Dantzler individually and d/b/a D and B Construction f/u/o the Trustees of the Chicago Regional Council of Carpenters, Pension, Welfare and Apprentice Trainee Funds.

      4.      That any and all funds in excess of the amount indicated in this order are to be returned to the account holder, that the freeze on said account is lifted and the Citation is dismissed.

ENTERED:

Date: **November 10, 2011**

*[signature]*
**CHARLES P. KOCORAS**
**U.S. District Judge**