IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al.,<br><br>Plaintiffs Judgment Creditor,<br><br>v.<br><br>LONNIE DANTZLER individually and d/b/a D and B CONSTRUCTION<br><br>Defendant Judgment Debtor, | Case No. 10 C 7539<br>Judge Kocoras |

## SATISFACTION
## RELEASE OF JUDGMENT

The Judgment Creditors, the Trustees of the Regional Council of Carpenters Pension, Fund et al., by their attorney Daniel P. McAnally, having received full satisfaction and payment, release the judgment entered against LONNIE DANTZLER individually and d/b/a D and B CONSTRUCTION on May 10, 2011 for $14,745.22.

s/ DANIEL P. McANALLY
Daniel P. McAnally
Attorney for Judgment Creditor

Dated: July 23, 2012

Daniel P. McAnally
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312-251-9700